

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

No CV- CV 09 80 273 MISC VRW

Stanley G Hilton,

State Bar No 65990

ORDER

/

    On August 31, 2009, Stanley G Hilton advised this court of his inactive status pursuant to an order of the California State Bar Court in Case No 08-C-1086.

    The court now orders Stanley G Hilton removed from the roll of attorneys authorized to practice before this court until such time as Mr Hilton provides proof that he has been reinstated to active status by the State Bar of California.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge